STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
VINCENT RAMON PLUMMER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-261 JD |
| PLAINTIFF, | STIPULATION TO CONTINUANCE; [PROPOSED] ORDER |
| V. | |
| VINCENT RAMON PLUMMER, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled status conference regarding supervised release violation, currently set for August 25, 2014 at 11:00 a.m., before the Honorable James Donato, be vacated and re-set for August 28, 2014 at 1:30 p.m.

The continuance is necessary because defense counsel is unavailable on August 25, 2014

DATED: August 22, 2014            /S/
                                  ELLEN V. LEONIDA
                                  Assistant Federal Public Defender
                                  Counsel for Defendant VINCENT PLUMMER

DATED: August 22, 2014            /S/
                                  AMANDA BECK
                                  Special Assistant United States Attorney

CR 14-261 JD
Stip. to Continuance; [Proposed] Order

1

## ORDER

The court finds that the requested continuance is necessary. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 28, 2014 at 2:00 p.m., before the Honorable James Donato.

IT IS SO ORDERED.

DATED: _8/22/14

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE